

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2014

No. 04-14-00217-CR

Jose Luis **RIOJAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR1304
Honorable Mary D. Roman, Judge Presiding

# O R D E R

Appellant has filed a motion to abate the appellate deadlines so that an amended trial court Certification of Defendant's Right of Appeal may be signed and filed in a supplemental record. See TEX. R. APP. P. 25.2(d). We **grant** the motion. We **order** any amended Certification be signed and filed in a supplemental clerk's record by **October 28, 2014**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2014.

_____
Keith E. Hottle
Clerk of Court